UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ENVIRONMENTAL LAW AND POLICY CENTER, et al.,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>    Defendants. | No. 3:19-cv-295<br><br>Hon. James G. Carr |

UNOPOSED MOTION TO CONTINUE STATUS CONFERENCE

The Court held a video status conference on March 22, 2021, at which time the parties advised the Court as to the case status. The Court set another video status conference for May 17, 2021. Defendants move for a continuance of the May 17 status conference. Additional time will allow Defendants to complete their internal coordination, and will allow time for consultation among the parties as to appropriate further proceedings.

In order to avoid preexisting commitments of the parties' counsel, Defendants request that the status conference be continued to a time that is convenient for the Court on any of the following dates: June 10, the morning of June 11, June 14, or June 15. With this scheduling consideration, Plaintiffs do not oppose this motion.

Respectfully submitted this 14th day of May 2021.

 /s/ Daniel R. Dertke
DANIEL R. DERTKE
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-0994
daniel.dertke@usdoj.gov

JUSTIN E. HERDMAN
United States Attorney

GUILLERMO J. ROJAS
Assistant United States Attorney
Northern District of Ohio
Four Seagate, Suite 308
Toledo, OH 43604-2624
Tel:  (419) 259-6376
Grojas@usa.doj.gov